Ian Feldman, Esq. (State Bar Number 200308)
ifeldman@clausen.com
G. Brent Sims, Esq. (State Bar Number 179397)
bsims@clausen.com
Clausen Miller P.C.
17901 Von Karman Avenue, Suite 650
Irvine, CA 92614
Telephone: (949) 260-3100
Facsimile: (949) 260-3190

Attorneys for Defendants
AOL INC., CHARLES KESSLER &
ASSOCIATES, INC. and TRAVELZOO INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>AOL INC., a Delaware Corporation, TRAVELZOO INC., a Delaware Corporation, CHARLES KESSLER & ASSOCIATES, INC., a Delaware Corporation, and DOES 1-100,<br><br>Defendants. | CASE NO.: 3:15-CV-00814-SI<br><br>Honorable Susan Illston, Judge<br><br>**STIPULATION AND ORDER TO TRANSFER CASE TO SOUTHERN DISTRICT OF NEW YORK** |

Plaintiff, The Wave Studio, LLC ("Plaintiff"), and Defendants AOL INC., a Delaware Corporation, CHARLES KESSLER & ASSOCIATES, INC., and TRAVELZOO INC., a Delaware Corporation (collectively "Defendants"), by and through their attorneys of record hereby agree and stipulate as follows:

The Parties stipulate that the above-captioned proceeding shall be transferred to the United States Court for the Southern District of New York. Defendants believes this case is

1  related to litigation currently pending before the Honorable Cathy Seibel, Judge of the Southern District Court of New York, styled *The Wave Studio, LLC v. General Hotel Management, et al.,* Case No. 7:13-CV-09239 (S.D.N.Y.) (the "GHM Action") and should therefore be consolidated with the GHM Action. Plaintiff denies this action is related to the GHM Action. The parties agree that the transfer stipulated here is without prejudice as to the issue of consolidation with the GHM Action and that upon transfer to the Southern District of New York; Defendants may seek to file a motion to consolidate this action with the GHM Action.

THEREFORE, THE PARTIES HEREBY STIPULATE that this action be transferred to the Southern District of New York.

**IT IS SO STIPULATED.**

Dated: July 27, 2015        COBALT LLP

BY: ____/s/ Vijay K. Toke____
Vijay K. Toke, Esq.
Attorneys for Plaintiff

Dated: July 27, 2015        CLAUSEN MILLER PC

BY: _____
G. Brent Sims, Esq.
Attorneys for Defendant

## ATTESTATION OF CONCURRENCE

I, G. Brent Sims, attest that I am one of the attorneys for Defendants AOL INC., TRAVELZOO INC., and CHARLES KESSLER & ASSOCIATES, INC., and as the ECF user and filer of this document, I attest that, pursuant to United States District Court, Northern District of California Civil L.R. 5-1(i)(3), concurrence in the filing of this document has been obtained from Vijay K. Toke, the above signatory.

Dated: July 27, 2015          BY: _____
                                   G. BRENT SIMS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 7/28/15               _____
                              Susan Illston, Judge
                              United States District Court,
                              Northern District of California

## PROOF OF SERVICE

<u>The Wave Studio, LLC v. AOL Inc., etc., et al.</u>
U.S. District Court, Northern District of California, Case No: 3:15-CV-00814-SI

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 17901 Von Karman Avenue, Suite 650, Irvine, California 92614.

On July 27, 2015, I caused the following document(s) described as: **STIPULATION AND ORDER TO TRANSFER CASE TO SOUTHERN DISTRICT OF NEW YORK** to be served on the interested parties in this action as follows:

Nate A. Garhart, Esq.        *Attorneys for Plaintiff*
Vijay K. Toke, Esq.          *THE WAVE STUDIO, LLC*
Cobalt LLP
918 Parker Street
Bldg. A21
Berkeley, CA 94710
Telephone: (510) 841-9800
Facsimile: (510) 295-2401
nate@cobaltlaw.com
vijay@cobaltlaw.com

[X]   **BY E-FILING** - I caused to be served via e-mail to the Clerk of Court using the CM/ECF system which sent notification of such filing to the above-referenced parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 27, 2015, at Irvine, California.

_Mary Lynn Genova_
Mary Lynn Genova

104425.1

-4-
STIPULATION AND ORDER TO TRANSFER CASE TO SOUTHERN DISTRICT OF NEW YORK
CASE NO: 3:15-CV-00814-SI